# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | | |
|---|---|---|
| DORA BRUBAKER, et al., individually and on behalf of all others similarly situated, | * * * * | CIVIL NO. 3:08-CV-00113-CRW-TJS |
| Plaintiffs, | * * | **ORDER ON FINAL PRETRIAL CONFERENCE** |
| v. | * * | |
| DEERE & COMPANY, et al., | * * | |
| Defendants. | * | |

The court held a final pretrial conference for this case on September 11, 2009. Trial before United States District Court Senior Judge Charles R. Wolle shall begin at 9:00 a.m. on September 21, 2009, at the United States Courthouse in Davenport, Iowa.

The parties submitted a Proposed Final Pretrial Conference Order (Document No. 202) which the court adopts and incorporates herein by reference.

Counsel shall provide 24 hours notice to opposing counsel of the witnesses to be called as the trial proceeds and ensure that any non-party witnesses are sequestered from the court proceedings until after presentation of their testimony is completed in full. Plaintiffs shall provide notice of the witnesses to be called on the first day of trial by 3:00 p.m. on September 18, 2009.

Plaintiffs shall identify the witnesses to be presented by deposition testimony and provide their transcript designations to defendants by September 21, 2009; defendants shall provide any cross-designations by September 23, 2009; and plaintiffs shall provide any

counter-designations by September 25, 2009. When completed, a copy of the final transcript designations shall be provided to the court.

Plaintiffs shall mark their exhibits utilizing numbers 1 through 1,999; defendants shall mark their exhibits utilizing numbers 2,000 through 2,999; and joint exhibits shall be marked by the parties utilizing numbers 3,000 and above.

A complete copy of the trial exhibits shall be provided to the court in tabbed binders before trial commences on September 21, 2009. Two copies of the trial exhibits shall also be provided to the court electronically on separate compact disks.

A telephonic conference with counsel shall be held with Chief Magistrate Judge Thomas J. Shields at 2:00 p.m. on September 16, 2009.

IT IS SO ORDERED.

Dated September 14, 2009.

_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE